UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ARSEY L. BOLTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT McEWEN,<br><br>　　　　Respondent. | No. 2:14-cv-0803 GEB CKD P<br><br><br>ORDER |

　　　　On January 8, 2015, respondent moved to dismiss petitioner's First Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (ECF No. 23.)  One month later, after litigating this action pro se, petitioner obtained counsel.  (ECF No. 28.)

　　　　Before the court is petitioner's motion to amend the petition, accompanied by a proposed Second Amended Petition.  (ECF Nos. 26, 27.)  Petitioner, through counsel, argues that petitioner's claims have so far been presented in a "piecemeal, disjoined, confusing manner," and the proposed Second Amended Petition presents a "coherent, understandable version" of these claims.  (ECF No. 26.)

　　　　The operative First Amended Petition raises four claims: (1) Denial of effective assistance of counsel; (2) conviction obtained by the unconstitutional failure of the prosecution to disclose evidence favorable to the defense; (3) perjury; and (4) sentence greater than legislature intended. (ECF No. 22 at 4-5.)  Respondent has moved to dismiss the petition on the grounds that it is both

1

untimely and "mixed," as one claim is allegedly unexhausted.  (ECF No. 23.)

The proposed Second Amended Petition raises two claims: ineffective assistance and prosecutorial misconduct with respect to missing evidence.  (ECF No. 27.)  Both are presented more fully and coherently than in the operative petition.

Under Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend shall be given freely when justice requires.  In deciding whether justice requires granting leave to amend, factors to be considered include the presence or absence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party, and futility of proposed amendment.  Based on the foregoing factors, the undersigned concludes that justice requires leave to amend in this instance.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion to dismiss (ECF No. 23) is denied without prejudice to renewal;

2. Petitioner's motion to amend (ECF No. 26) is granted;

3. This action shall proceed on the Second Amended Petition (ECF No. 27);

4. Respondent is directed to file a response to petitioner's amended habeas petition within 30 days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.

Dated:  February 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/bolt0803.amend